UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>         Petitioner,<br><br>  vs.<br><br>SPOKANE COUNTY SHERIFF,<br><br>         Respondent. | NO.  CV-09-166-CI<br><br>REPORT AND RECOMMENDATION TO DENY MOTIONS |

BEFORE THE COURT are Petitioner's Motion to Compel Discovery (Ct. Rec. 18) which he noted for hearing on July 15, 2009, a Motion for Immediate Hearing to Decide if the Writ Should Issue . . . (Ct. Rec. 23), noted for hearing on July 31, 2009, and a Motion to file Supplemental Petition (Ct. Rec. 26), noted for hearing on July 31, 2009.  Petitioner is proceeding *pro se* and *in forma pauperis*; Respondent has not been served.  The motions were heard without oral argument on the date signed below.

In light of the proposed disposition of this case (Ct. Rec. 12), **IT IS RECOMMENDED** the Motions (Ct. Recs. 18, 23, and 26) be **DENIED as moot.**

### OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with

REPORT AND RECOMMENDATION TO DENY MOTIONS -- 1

a copy thereof.  Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor.  Any response to the objection shall be filed within ten (10) days after receipt of the objection.  Attention is directed to FED. R. CIV. P. 6(d), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72; LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive is directed to enter this Report and Recommendation and forward a copy to Petitioner.

DATED July 27, 2009.

                        S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO DENY MOTIONS -- 2