UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL HOWARD HUNTER,           )
                                 )
        Petitioner,              )
                                 )  NO.  CV-09-166-CI
    v.                           )
                                 )
SPOKANE COUNTY SHERIFF,          )  **JUDGMENT**
                                 )
        Respondent.              )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation.  Respondent's Motion to Dismiss is **GRANTED**.  The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**, the pending motions are **DENIED as moot**,  and Judgment is entered for Respondent.

DATED: August 7, 2009

                            JAMES R. LARSEN
                            District Court Executive/Clerk

                            s/ L. Stejskal, Deputy Clerk