UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>    Petitioner,<br><br>  vs.<br><br>SPOKANE COUNTY SHERIFF,<br><br>    Respondent. | NO.  CV-09-166-CI<br><br>ORDER DENYING MOTIONS |

BEFORE THE COURT is Plaintiff's Objection to the Report and Recommendation to deny his requests for release pending appeal of this action (Ct. Rec. 59).  For the reasons set forth in the court's prior Order denying Certificate of Appealability, denying *in forma pauperis* status, and denying release (Ct. Rec. 46), **IT IS ORDERED** the Report and Recommendation is **ADOPTED in its entirety** and Plaintiff's motions (Ct. Recs. 49, 50, 54 and 56) are **DENIED.**  The District Court Executive shall file this Order and provide a copy to Petitioner.

**DATED** this 1st day of October, 2009.


                           s/Robert H. Whaley
                         ROBERT H. WHALEY
                    UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTIONS-- 1